IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
24 JUL 12 AM 10: 25

Civil Action No. _____
(To be supplied by the court)

Christina Garcia , Plaintiff

v.

2700 S. Tejon Street ,

Zipcode 80903 El Paso ,

Colorado Springs Court ,

_____ , Defendant(s).

**Jury Trial requested:**
(please check one)
___ Yes  ✗ No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Christina Garcia   5 west las vegas Street 80903
(Name and complete mailing address)

_____
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   270 South Tejon Street, 80903 Zip code
(Name and complete mailing address)   Colorado Springs

_____
(Telephone number and e-mail address if known)

Defendant 2:   _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3:   _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4:   _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C.  JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____  Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

____  Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Us California__.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of __Colorado__ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

**CLAIM ONE:** I'd like the Federal Judge to petition Judge curtis to only allow Kinship with Rosie and I'd like to Petition the Federal Judge to

Supporting facts: (Please) order 270 South Tejon street colorado springs 80903 zipcode El Paso combined courts to please be truthful and Honest about whether a parents Rights can Be Reinstated Division 5# Judge curtis regarding child Julia cohen Adopted to mark, Lindsey cohen. July 2023. I had seen the gal Nicole verbally speak about michael asken stating is this it, making it apparrent he cried are my rights severed is this is? this occurred 01/2024 of January 2024. michael is in Lubock Texas As court Documents have been filed In the past, porch didnt respond to Icpc on time as DHS stated, It failed through, Parole was to be In Lubock Texas, michael and I dont speak we havent since 2022 of November. I was told from the time frame of July 2023 to January 2024. michael would have needed a court Appointed parent Advocate to file for An appeal. I didnt file a appeal as the mother because Enterprise Fired me while I had tried to ask a neurologist to order Ivig Immoglobin, plasmapheisis. Judge curtis didnt explain Encepilitis to cohen family, only Jason Bell and Judge curtis knew. I dont want Jason to give out my entire information to the cohen family its not okay for them to message people I know on facebook. The Renalds that work at Denver health are not to discuss my health records with Veronica Pacheco case is closed. I believe a migrant or some bus driver followed Michael to the court hearing without our permission. So I didnt Attend because I Assume this would have occurred and It did. I believe the real Sara Mitchell is not In colorado. It's better it I ask the Judge to order a Mediator to investigate thats not a Renalds if my kids order Dad Is alive or Deceased. due to Allegations made about if a man wanting to send a chineese migrant to kill my kids Dad If hes not loyal to someone that Is In Denver. If Rights cannot be restored to michael, I ask the Federal Judge to please order a Icpc to Rose, Rosie his Aunt. The weather is not a or the issue if Veronica dislikes the weather. His 4 cousins have kids her age bracket this would be in her best interest For Kinship to be where his Aunt Rosie Raised him to avoid the unknown of a Jealous girl wants to take away his life due to them, Having dislike For Deanna his mother. If he were to fail Parole I'd ask or Extradited I ask the Federal Judge to tell Judge curtis to place her with Rosie"

→ In Arizona, if his ~~others~~ he were to feel like he was in a unsafe situation in Colorado I ask the Federal Judge to investigate Gerald Walt Whitmans Family officers and Mark Cohens Family officers and Lindsey Mary Cohen and Magdallenmarys fathers family officers to be held indicted of manslaughter if there is any conspiracy to kill michael and make it look like not a Homicide c I ask that you polygraph Gerald Walt Whitman Marqeels Father and Alexander a Bus driver For RtD who knew Reralds. A polygraph test would be needed by a prosecutor, thats not related to Marqeel Marquis Family or Reralds, I ask the Federal Courts to order el Paso Combined courts Judge curtis to order a polygraph test on these individuals If michael were to deceased or ended up ~~ni~~ deceased. due to bus drivers wondering if he has loyalty to a girl in NewYork Queens related to other RtD individuals Placement would bebe indeed ~~Favored~~ with Rosie in Arizona, I ask the Judge to allow in El Paso combined courts of colorado springs Division 5# Judge curtis to allow michael to be appointed a civil Right attorney ~~to~~ not related to cohen Family or Lindsey Family but a Attorney that would make sure Kinship placement would be In the Final Best interest, not Sibling Kinship, but relatives In Arizona to be explored as option, I would Not like my child to Be placed with Marqeel Marquis sister, a Allred health Security guard with curry hair and green eyes. I am Only In agreement to a placement to be In Arizona with Michael Aunt Rosie or cousin Chelsea or Carmen. I dont Feel its safe for the Child to be with Lindsey, Linseys First husband who is African Americans Nephew asked me to call him gave me his Number.

**E.   REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*   None ~~at this time~~

**F.   PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Christina Garcia_
(Plaintiff's signature)

_July 12, 2024_
(Date)

(Revised February 2022)

5